1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TENCY MUSIC S.A.S.,

     Plaintiff(s),

v.

4726236 MANITOBA CORPORATION,

     Defendant(s).

Case No. 2:24-cv-01787-JCM-NJK

**Order**

[Docket Nos. 13, 14]

Pending before the Court is Plaintiff's motion for additional time to effectuate service. Docket Nos. 13, 14.[1]  While the Rule 4(m) deadline does not apply to foreign service, courts possess the inherent authority to set a deadline for foreign service.  *E.g. Inst. of Cetacean Research v. Sea Shepherd Conserv. Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (collecting cases). The Court hereby **SETS** a deadline to effectuate service of June 17, 2025.  The motion to extend time is **DENIED** as moot.

IT IS SO ORDERED.

Dated: March 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] It appears that these motions themselves are identical, but the papers were refiled to remove the certificate of service and reflect that the motion is being made on an *ex parte* basis.