MARK G. TRATOS, ESQ.
Nevada Bar No. 001086
BETHANY L. RABE, ESQ.
Nevada Bar No. 011691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:       tratosm@gtlaw.com
             rabeb@gtlaw.com

NEVILLE L. JOHNSON (*pro hac vice*)
California Bar No. 66329
FRANK TRECHSEL (*pro hac vice*)
California Bar No. 285068
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:   (310) 975-1080
Facsimile:   (310) 975-1095
Email:       njohnson@jjllplaw.com
             dlifschitz@jjllplaw.com

Attorneys for Plaintiff
TENCY MUSIC S.A.S.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TENCY MUSIC S.A.S., a French corporation,<br><br>Plaintiff,<br><br>vs.<br><br>4726236 MANITOBA CORPORATION d/b/a BuyKaraokeDownloads.com, an MB Share Corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:24-cv-1787-JCM-NJK<br><br>**MOTION TO WITHDRAW ATTORNEY** |

Pursuant to Local Rule IA 11-6, Plaintiff Tency Music S.A.S., a French corporation ("Plaintiff"), hereby moves this Court for leave to withdraw Daniel B. Lifschitz, formerly

1

ACTIVE 711298746v1

of Johnson & Johnson LLP, as counsel of record for Plaintiff in this matter based upon the following: Mr. Lifschitz is no longer employed with Johnson & Johnson LLP. The Johnson & Johnson firm will continue to serve as counsel of record for Plaintiff, as will Greenberg Traurig. Mr. Lifschitz's departure will not result in delay of discovery, the trial, or any hearing in the case.

Accordingly, Plaintiff respectfully requests that Mr. Lifschitz be removed as counsel in this case and removed from service emails.

DATED this 22nd day of May, 2025.

**GREENBERG TRAURIG, LLP**

*/s/ Bethany L. Rabe*
MARK G. TRATOS, ESQ.
Nevada Bar No. 001086
BETHANY L. RABE, ESQ.
Nevada Bar No. 011691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:     (702) 792-3773

**JOHNSON & JOHNSON LLP**
Neville L. Johnson (*pro hac vice*)
Frank R. Trechsel (*pro hac vice*)

Attorneys for Plaintiff TENCY MUSIC S.A.S.

I consent to the above withdrawal and removal from the service list for this matter.

*/s/ Daniel B. Lifschitz*
Daniel B. Lifschitz

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 27, 2025

2

ACTIVE 711298746v1