# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tency Music S.A.S.,

    Plaintiff(s),

v.

4726236 Manitoba Corporation,

    Defendant(s).

Case No. 2:24-cv-01787-JCM-NJK

**ORDER**

[Docket No. 38]

Pending before the Court is Plaintiff's second renewed motion for discovery to support its damages request in relation to default judgment. Docket No. 38.

Discovery is warranted on this issue and the amended subpoenas seek discovery that is narrowly tailored and identified with specificity. *See, e.g.*, *Salazar RCDC Research Grp.*, 2023 WL 3551972, at *1 (C.D. Cal. Mar. 24, 2023); *Park Miller, LLC v. Durham Grp., Ltd.*, 2020 WL 6047236, at *4 (N.D. Cal. Oct. 13, 2020). In terms of the time for discovery, Plaintiff seeks a lengthy four-month period based on speculation that PayPal or Google may refuse to produce documents or seek a protective order, which may lead to motion practice that should be heard before the discovery cutoff. *See* Docket No. 38 at 10. In this District, discovery motions do not necessarily need to be filed sufficiently early to enable decision before the discovery cutoff, but the Court understands that some of its sister districts within the Ninth Circuit may have such a requirement.[1] Although it appears lengthy, the Court will permit the discovery period sought so that any motion practice can be resolved before the cutoff.

---

[1] The motion appears to contemplate that this Court would resolve such motion practice, but that would not appear to be correct. *See, e.g.*, Fed. R. Civ. P. 37(a)(2) ("A motion for an order to a nonparty must be made in the court where the discovery is or will be taken").

1

Accordingly, Plaintiff's second renewed motion for discovery is **GRANTED**. Plaintiff may serve the narrowed subpoenas attached to this motion. All discovery and discovery-related motion practice must conclude by July 17, 2026.

IT IS SO ORDERED.

Dated: March 17, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2